UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | ) | |
| | ) | CASE NO. C13-3057-MWB |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHELLE K LEE, Deputy Under Secretary for Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, | ) ) ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT:

Plaintiff, Target Training International, Ltd., take nothing and this action is dismissed.

DATED: March 5, 2014          Robert L. Phelps
                              Clerk of Court, US District Court
                              Northern District of Iowa

                              S/src
                              By: Deputy Clerk